

# Fourth Court of Appeals
## San Antonio, Texas

April 8, 2014

No. 04-13-00518-CV

Sandra Garza **DAVIS** f/k/a Sandra C. Saks and Landen Saks,
Appellants

v.

Lauren Saks **MERRIMAN,**
Appellee

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2011-PC-3466
Honorable Polly Jackson Spencer, Judge Presiding

# O R D E R

Sitting: Sandee Bryan Marion, Justice
      Marialyn Barnard, Justice
      Rebeca C. Martinez, Justice

This is an appeal from the trial court's "Order Confirming Award of Arbitrator and Final Judgment." On February 13, 2014, the law firm of Heinrichs & De Gennaro filed a "First Amended Motion to Intervene in the Appeal." In the motion, the firm states it "has a significant interest in the Judgment in that the Judgment grants the law firm an award of substantial attorney's fees against the Saks Family Trust a/k/a ATFL&L which may be affected by the appeal." "The law firm seeks, by way of this intervention, to protect its interest in the Judgment."

On March 4, 2014, this court issued an order denying the motion to intervene. On March 11, 2014, the law firm filed a Motion to Reconsider Order Denying Intervention. Among the arguments made by the law firm is that this court did not consider its virtual representation argument that was made in a February 28, 2014, reply to appellants' opposition to the motion to intervene. We have now reviewed the reply and the motion to reconsider.

After considering all arguments made by the law firm and appellants, we DENY the Motion to Reconsider Order Denying Intervention.

Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of April, 2014.

Keith E. Hottle
Clerk of Court